# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a California limited liability company; and DOES 1-10,<br><br>Defendant. | Case No. 3:21-cv-00790-DMS-AHG<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Upon considering the parties' Joint Motion for Extension of Time for Responsive Pleading. **IT IS HEREBY ORDERED** that the deadline for Defendant to file and serve a responsive pleading is extended to July 7, 2021.

**IT IS SO ORDERED.**

Dated: June 4, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court